UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 25-3102
_____

UNITED STATES OF AMERICA, Appellee,

v.

WILLIAM POPE, Appellant.

## MOTION FOR EXTENSION OF TIME IN WHICH TO FILE APPELLEE'S BRIEF

Appellee, the United States of America, respectfully moves this Court for a 60-day extension of time, to and including Tuesday, May 5, 2026, within which to file the government's brief in the above-captioned case. The government's brief currently is due to be filed on Thursday, March 5, 2026. This is the government's first request for an extension of time to file its brief in this matter, and the Court has not yet scheduled oral argument in this case. Appellant William Pope, who is proceeding *pro se*, informed undersigned counsel by e-mail that he opposes the government's extension request.

As grounds for this motion, appellee states that the undersigned Assistant United States Attorney will be unable to complete the government's response by the current due date because of the press of other appellate business, and requires the additional time to research the issues presented in appellant's *pro se* brief, draft an appropriate response, and obtain supervisory review before filing.

## CONCLUSION

WHEREFORE, the government respectfully requests that its motion for a 60-day extension of time within which to file its brief, to and including May 5, 2026, be granted.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

CHRISELLEN R. KOLB
Assistant United States Attorney

_____/s/_____
MARK HOBEL
D.C. BAR #1024162
Assistant United States Attorney
601 D Street, NW, Room 6.232
Washington, D.C. 20530
(202) 252-6829
mark.hobel@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH RULE 27(D)

I HEREBY CERTIFY pursuant to Fed. R. App. P. 32(g) that this motion contains 187 words, and therefore complies with the type-volume limitation of Fed. R. App. P. 27(d)(2)(A). This motion has been prepared in 14-point Century Schoolbook, a proportionally spaced typeface.

/s/
MARK HOBEL
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have caused a copy of the foregoing motion to be served on appellant *pro se* William Pope by first-class mail to 1106 NW Jackson Street, Topeka, KS 66608, and by e-mail to wapope@ksu.edu, on this 27th day of February, 2026.

/s/
MARK HOBEL
Assistant United States Attorney