# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 25-3102**                                                 **September Term, 2025**

1:21-cr-00128-RC-1

**Filed On: March 2, 2026** [2161649]

United States of America,

      Appellee

  v.

William Pope,

      Appellant

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on December 5, 2025, be suspended pending further order of the court.

                                                  **FOR THE COURT:**
                                                  Clifton B. Cislak, Clerk

                                    BY:   /s/
                                                  Louis Karl Fisher
                                                  Deputy Clerk