# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-3102**                    **September Term, 2025**

**1:21-cr-00128-RC-1**

**Filed On: March 17, 2026** [2164139]

United States of America,

        Appellee

    v.

William Pope,

        Appellant

### O R D E R

Upon consideration of appellee's unopposed motion for extension of time to file brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellee's Brief | May 5, 2026 |
| Appellant's Reply Brief | May 26, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
       Louis Karl Fisher
       Deputy Clerk