# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
_____

**No. 25-3102**                                    **September Term, 2025**

**1:21-cr-00128-RC-1**

**Filed On: May 20, 2026** [2174343]

United States of America,

        Appellee

    v.

William Pope,

        Appellant

**O R D E R**

Upon consideration of appellee's motion to supplement the appendix, it is

**ORDERED** that the motion be granted.  The Clerk is directed to file the lodged supplemental appendix.

                **FOR THE COURT:**
                Clifton B. Cislak, Clerk

      BY:    /s/
             Louis Karl Fisher
             Deputy Clerk